1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              ----oo0oo----

11

12   BOBBY J. CLARK, JR.,                No. 2:24-cv-00783 WBS CKD

13              Plaintiff,

14        v.                             ORDER[1]

15   TRANS UNION LLC; EXPERIAN
     INFORMATION SOLUTIONS, INC.;
16   EQUIFAX INFORMATION SERVICES,
     LLC; ONEMAIN FINANCIAL GROUP,
17   LLC; and ALLY FINANCIAL INC.,

18              Defendants.

19

20                              ----oo0oo----

21        Good cause appearing, and in light of plaintiff's non-

22   opposition, Experian's motion for leave to file an amended answer

23   (Docket No. 36) is hereby GRANTED.  Experian is directed to file

24   the proposed amended answer attached to the motion (Docket No.

25   36-3) within ten days of the issuance of this Order.

26

27        [1]   This motion is decided on the papers without oral
     argument pursuant to Local Rule 230(g).  The hearing on the
28   motion set for July 8, 2024 is hereby VACATED.

                                    1

1         IT IS SO ORDERED.

2   Dated:  June 26, 2024

3                            WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE