1 | Jones Day
Diana L. Calla,
Cal. State Bar No. 330706
dcalla@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Jones Day
John Robert B. DeLaney,
Ill. State Bar No. 6345767 (*pro hac vice*)
rdelaney@jonesday.com
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606
Telephone: +1.312.269.4207
Facsimile: +1.312.782.8585

Attorneys for Defendant
Experian Information Solutions, Inc.

Consumer Attorneys
Jenna Dakroub
Cal. State Bar No. 350170
jdakroub@consumerattorneys.com
16130 Ventura Boulevard., Suite 300
Encino, California 91436
Telephone: +1.602.807.1525
Facsimile: +1.718.715.1750

Attorney for Plaintiff
Bobby J. Clark, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOBBY J. CLARK, JR., <br><br> PLAINTIFF, <br><br> v. <br><br> TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; ONEMAIN FINANCIAL GROUP, LLC; and ALLY FINANCIAL INC., <br><br> DEFENDANTS. | Case No. 2:24-cv-00783-DJS-CD <br><br> Assigned to Judge William B. Shubb <br><br> **STIPULATION TO CONTINUE HEARING ON DEFENDANT EXPERIAN INFORMATION SOLUTION, INC.'S MOTION TO COMPEL ARBITRATION AND TO EXTEND EXPERIAN'S TIME TO SUBMIT ITS REPLY TO PLAINTIFF'S OPPOSITION** <br><br> Current hearing date: August 5, 2024 <br> Current deadline to Reply: July 25, 2024 <br> New hearing date: September 3, 2024 <br> New deadline to Reply: August 2, 2024 |

Plaintiff Bobby J. Clark, Jr. ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), collectively referred to as the "Parties," hereby stipulate to and respectfully request that the Court enter an Order continuing the hearing on Experian's Motion to Compel Arbitration to September 3, 2024, at 1:30 p.m., and extending Experian's time to submit its Reply to Plaintiff's opposition to August 2, 2024.  In support of this stipulation and request, the Parties state as follows:

1. Experian moved to compel arbitration in this matter on June 28, 2024. [Dkt. 43].
2. A hearing date on Experian's Motion to Compel Arbitration was set for August 5, 2024, at 1:30 p.m. *Id.*
3. Plaintiff submitted his opposition in response to Experian's motion on July 15, 2024. [Dkt. 44].
4. Plaintiff further submitted a notice of supplemental authority related to his opposition on July 22, 2024. [Dkt. 45].
5. Experian currently has until July 25, 2024, to serve its reply to Plaintiff's opposition. *See* E.D. Cal. Local Rule 230(d) ("No later than ten (10) days after the opposition was filed, the moving party may serve and file a reply to any opposition filed by a responding party.").
6. The Parties stipulate to and respectfully request that the Court continue the hearing on Experian's Motion to Compel Arbitration to September 3, 2024, at 1:30 p.m.
7. This request complies with E.D. Cal. Local Rule 230(f), because the parties have submitted it for the Court's approval more than seven days in advance of the scheduled hearing date.
8. This request is made due to a scheduling conflict. Plaintiff's lead counsel, Michael Rapp, will no longer be working on the case. Ms. Dakroub, who is replacing Mr. Rapp as lead counsel, is unable to attend the August 5, 2024, hearing and requested that the Parties reschedule the hearing date.
9. The parties further stipulate to and request an extension from the Court until

August 2, 2024, for Experian to submit its reply to Plaintiff's opposition to Experian's Motion to Compel Arbitration. [Dkt. 44].

10. Experian makes this request to accommodate the personal commitments of its counsel, who will respond to Plaintiff's opposition, and to allow for adequate time to consider Plaintiff's notice of supplemental authority to his opposition, which Plaintiff submitted on July 22, 2024. [Dkt. 45].

11. This is the Parties' first request for an extension of the briefing deadlines on Experian's Motion to Compel Arbitration.

12. Pursuant to E.D. Cal. Local Rule 143(a), the Parties have submitted this request in writing and filed it for the Court's approval.

13. Pursuant to E.D. Cal. Local Rule 144(d), the Parties submitted this request as soon as the need for the requested continuance and extension became readily apparent.

14. The requested Order will not cause undue prejudice or delay. The Scheduling Conference in this matter has been set for September 23, 2024. [Dkt. 38]. The requested continued hearing date on Experian's Motion to Compel Arbitration and the requested extension for Experian to submit its reply to Plaintiff's opposition both fall before the September 23, 2024, Scheduling Conference.

WHEREFORE, for the foregoing reasons, the Parties respectfully stipulate to and request that this Court continue the hearing on Experian's Motion to Compel Arbitration to September 3, 2024, at 1:30 p.m., and extend Experian's time to submit its reply to Plaintiff's opposition to Experian's Motion to Compel Arbitration to August 2, 2024.

**IT IS SO ORDERED:**

1. Hearing on Experian's Motion to Compel Arbitration is reset for **September 3, 2024, at 1:30 p.m.;**
2. Experian's time to submit its reply to Plaintiff's opposition to Experian's Motion to Compel Arbitration is extended to **August 2, 2024**;

3. The Scheduling Conference is reset for **November 4, 2024 at 1:30 p.m**.; and

4. A joint status report shall be filed no later than **October 21, 2024** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed 3/14/2024 (Docket No. 3).

Dated: July 25, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: July 24, 2024                    Respectfully submitted,

                                        JONES DAY

                                        By: */s/ Diana L. Calla*
                                            Diana L. Calla

                                        Counsel for Defendant
                                        EXPERIAN INFORMATION
                                        SOLUTIONS, INC.


                                            */s/ John Robert B. DeLaney*
                                            John Robert B. DeLaney

                                        Pro Hac Vice Counsel for Defendant
                                        EXPERIAN INFORMATION
                                        SOLUTIONS, INC.

                                        CONSUMER ATTORNEYS

                                            */s/ Jenna Dakroub*
                                            Jenna Dakroub

                                        Counsel for Plaintiff
                                        BOBBY J. CLARK, JR.