UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Bobby J. Jr. Clark,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, OneMain Financial Group, LLC, and Ally Financial Inc.,<br><br>　　　　Defendant. | Case No. 2:24-cv-00783-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**ORDER** |

Pursuant to the stipulation of plaintiff Bobby J. Jr. Clark and defendant OneMain Financial Services, LLC (sued as "OneMain Financial Group, LLC"), (collectively the "Parties"):

　　1.　　The Parties shall submit to binding non-judicial arbitration;

　　2.　　This stipulation is entered into by the Parties without prejudice to any right they may have to challenge the arbitration clause before an arbitrator; and,

　　3.　　The action is stayed between Plaintiff and defendant OneMain Financial Services, LLC pending resolution of the arbitration. The action is not stayed as between Plaintiff and any other defendant.

**IT IS SO ORDERED.**

Dated: September 20, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE