UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BOBBY J. CLARK, JR., | No. 2:24-cv-783 WBS CKD |
| Plaintiff, | |
| v. | ORDER RE: MOTION TO STAY DISCOVERY |
| TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; ONEMAIN FINANCIAL GROUP, LLC; and ALLY FINANCIAL INC., | |
| Defendants. | |

----oo0oo----

On January 24, 2025, defendant Ally Financial Inc. moved to compel binding arbitration of plaintiff Bobby J. Clark, Jr.'s claims in the instant matter. (Docket No. 85.) Ally also moved to stay discovery pending resolution of the motion to compel arbitration. (Docket No. 86.)

The court may stay proceedings to manage its docket in the interest of judicial economy. See Landis v. N. Am. Co., 299 U.S. 248, 254-55 (1936). The risk of prejudice to either party

1

1  from granting a stay in this action appears minimal since the
2  court will hear the motion to compel arbitration in less than two
3  weeks.  This is only a brief delay in discovery.  Moreover,
4  plaintiff identifies no prejudice from such a brief delay, and
5  the parties may avoid unnecessary discovery expenses if the case
6  is ultimately sent to arbitration.
7            Accordingly, Ally's motion to stay discovery (Docket
8  No. 86) is GRANTED until after resolution of the pending motion
9  to compel binding arbitration (Docket No. 85).  The stay of
10 discovery will automatically be lifted should the court deny the
11 motion to compel arbitration.
12           The hearing on Ally's motion to compel binding
13 arbitration remains on the court's calendar for March 3, 2025, as
14 previously set.  (Docket No. 85.)  Counsel for plaintiff and Ally
15 shall personally appear, and no appearances via telephone or
16 videoconference will be allowed.
17           IT IS SO ORDERED.
18 Dated:  February 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2