

# United States District Court
## Eastern District of California

| | |
|---|---|
| Bobby J. Jr Clark,<br>Plaintiff(s) | Case Number: 2:24-cv-00783-WBS-CKD |
| V. | |
| TRANS UNION LLC, et al.,<br>Defendant(s) | APPLICATION FOR PRO HAC VICE AND ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **A. Eli Kaplan** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Ally Financial Inc.**

On **12/04/2019** (date), I was admitted to practice and presently in good standing in the **Virginia Supreme** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **02/25/2025**      Signature of Applicant: /s/ **A. Eli Kaplan**

**Pro Hac Vice Attorney**

Applicant's Name: A. Eli Kaplan
Law Firm Name: Troutman Pepper Locke LLP
Address: 222 Central Park Ave, Suite 2000

City: Virginia Beach    State: VA    Zip: 23462
Phone Number w/Area Code: (757) 687-7500
City and State of Residence: Virginia Beach, VA
Primary E-mail Address: eli.kaplan@troutman.com
Secondary E-mail Address: cfsecfintake@troutman.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Andrea M. Hicks
Law Firm Name: Troutman Pepper Locke LLP
Address: 100 Spectrum Center Drive, Suite 1500

City: Irvine    State: CA    Zip: 92618
Phone Number w/Area Code: (949) 622-2700    Bar #: 219836

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE