Jenna Dakroub, CA # 350170
CONSUMER ATTORNEYS
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

*Attorneys for Plaintiff,*
*Bobby J Clark Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bobby J Clark Jr,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, OneMain Financial Group, LLC, and Ally Financial Inc.,<br><br>　　　　　　Defendants. | Case No.: 2:24-CV-00783-WBS-CKD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ONEMAIN FINANCIAL GROUP, LLC ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant OneMain Financial Group, LLC only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant OneMain Financial Group, LLC only.

**IT IS SO ORDERED.**

Dated: October 29, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1