Jenna Dakroub, CA # 350170
**CONSUMER JUSTICE LAW FIRM**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff*
*Bobby J. Clark Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bobby J Clark Jr,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, OneMain Financial Group, LLC, and Ally Financial Inc.,<br><br>　　　　　　Defendants. | Case No.: 2:24-CV-00783-WBS-CKD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

　　　Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. ("Experian") only, and good cause appearing,

　　　**IT IS ORDERED** that the Stipulation is **GRANTED.**

　　　The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian only.

　　　**IT IS SO ORDERED.**

Dated:  November 13, 2025　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1