Jenna Dakroub, CA # 350170
**CONSUMER JUSTICE LAW FIRM**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff*
*Bobby J. Clark Jr.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| Bobby J Clark Jr, <br><br> Plaintiff, <br><br> v. <br><br> Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, OneMain Financial Group, LLC, and Ally Financial Inc., <br><br> Defendants. | Case No.: 2:24-CV-00783-WBS-CKD <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ALLY FINANCIAL INC.** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Ally Financial Inc. ("Ally"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice as to Defendant Ally.

**IT IS SO ORDERED.**

Dated:  January 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1